**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-2271**

———————

In Re:  US AIRWAYS, INCORPORATED,

                                                    Debtor.

- - - - - - - - - - - - - - - - - - -

PHILIP A. GARLAND,

                                    Plaintiff - Appellant,

          versus

US AIRWAYS, INCORPORATED; OFFICIAL COMMITTEE
OF UNSECURED CREDITORS Of US Airways, Inc.,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:06-cv-00539-LMB; BK-04-13819-SSM)

———————

Submitted:  March 29, 2007          Decided:  April 2, 2007

———————

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Philip A. Garland, Appellant Pro Se.  Douglas Michael Foley,
MCGUIREWOODS, LLP, Norfolk, Virginia; Sarah Beckett Boehm,
MCGUIREWOODS, LLP, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip A. Garland appeals the district court's order affirming the bankruptcy court's order denying relief on his employment discrimination claim against US Airways, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Garland v. US Airways, Inc.</u>, No. 1:06-cv-00539-LMB (E.D. Va. Apr. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>